FANNIE PERLIK, Respondent, v. NATHAN PERLIK, Appellant.— Judgment granting plaintiff a separation and awarding her the custody of the four infant children of the marriage unanimously affirmed, with costs. No opinion. Present — Hagarty, Carswell, Davis, Johnston and Taylor, JJ.

FRANCES PERSICO, Respondent, v. ROMEO PERSICO, Appellant.— Appeal by the defendant from an order denying his motion to vacate and set aside an interlocutory judgment of annulment of his marriage to the plaintiff, to open his default and to compel the plaintiff to accept his answer. Order affirmed, with ten dollars costs and disbursements. No opinion. Hagarty, Carswell, Davis, Adel and Close, JJ., concur.

ELLSWORTH M. TAYLOR, Respondent, v. SAHOFF CORPORATION, Appellant.— Appeal discontinued on stipulation. Present — Hagarty, Carswell, Davis, Adel and Close, JJ.

### (January 17, 1938.)

TIDE WATER OIL COMPANY and TIDE WATER OIL SALES CORPORATION, Appellants, v. RALPH HOLDING CORPORATION and ESSANARR GARAGE CORPORATION, Respondents.— In view of the decision of the appeal (post, p. 825), decided herewith, and pursuant to the stipulation, the motion for a stay pending the determination of the appeal is withdrawn, without costs. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.

TIDE WATER OIL COMPANY and TIDE WATER OIL SALES CORPORATION, Appellants, v. RALPH HOLDING CORPORATION and ESSANARR GARAGE CORPORATION, Respondents.— On argument, order denying motion to consolidate with this action an action pending in the City Court of the City of New York, County of Kings, affirmed, without costs, counsel having stipulated to proceed to trial in the City Court. Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ., concur. [See ante, p. 825.]

### (January 19, 1938.)

In the Matter of the COUNTY CLERK OF THE COUNTY OF QUEENS.— Before appointing Mr. Paul Livoti, former assistant corporation counsel and justice of the City Court of the City of New York, as county clerk of the county of Queens, the court found him fully qualified to perform the duties of the office and it was, and is, of the opinion that he will do his duty in every respect. Petition denied.

### (January 21, 1938.)

PAUL BRANISS, Respondent, v. NELLIE E. BASSAGE, Appellant. KATHERINE HENWOOD, Respondent, v. NELLIE E. BASSAGE, Appellant.— Motion for reargument of appeals denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Lazansky, P. J., Carswell, Davis, Johnston and Taylor, JJ.